UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | RE:  **Ralph Augustine Vega**<br>        Docket Number:  0972 1:99CR05023-001<br>                                   0972 1:13CR00253-AWI<br>        **PERMISSION FOR REOCCURING**<br>        **TRAVEL OUTSIDE THE COUNTRY** |

Your Honor:

Ralph Augustine Vega, who is being supervised by the Central District of California, is requesting permission to travel to Mexicali, Mexico.  Ralph Augustine Vega is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**     On October 11, 1994, Ralph Augustine Vega was sentenced in the Northern District of California for the offense(s) of 21 USC 846 & 18 USC 2 – Attempted Possession With Intent to Distribute Cocaine, Aiding and Abetting, and 18 USC 924(c)(1) – Carrying a Firearm During a Drug Trafficking Crime.

**Sentence Imposed:**  181 months BOP; 5 years TSR; no new credit; financial disclosure; search; no weapons; $90.000 fine ($80,000 forfeited).

He was resentenced to 126 months BOP on March 22, 2012.

On June 18, 2013, jurisdiction was transferred to the Eastern District of California.

**Conviction and Sentencing Date:**    On March 10, 2008, Ralph Augustine Vega was sentenced in the Eastern District of California for the offense of 18 USC 751(a) and 4082 – Escape From Custody.

1

**RE:** **Ralph Augustine Vega**
  **Docket Number: 0972 1:99CR05023-001**
  <u>**PERMISSION FOR REOCCURING TRAVEL OUTSIDE THE COUNTRY**</u>

**Sentence Imposed:** 24 months BOP concurrent with Northern District of California case listed above; 3 years TSR; no weapons; submit to collection of DNA; warrantless search and seizure; financial disclosure; outpatient substance abuse treatment; testing; co-payment plan; $100 special assessment; mandatory drug testing.

**Dates and Mode of Travel:** Personal vehicle.

**Purpose:** To visit wife and child. In that the defendant's wife and child reside in Mexico, it is anticipated the defendant will request to travel there frequently. Therefore, the probation officer in the Central District of California has requested that the probation officer be allowed to authorize subsequent international travel.

Respectfully submitted,

**/s/ Julie R. Martin**

**JULIE R. MARTIN**
**United States Probation Officer**

Dated:   August 22, 2014
         Bakersfield, California
         JRM:jrm

         /s/ Lonnie E. Stockton
**REVIEWED BY:**   **LONNIE E. STOCKTON**
                   **Supervising United States Probation Officer**

---

### ORDER OF THE COURT

☒   Approved     ☐   Disapproved

IT IS SO ORDERED.

Dated:  August 25, 2014                    _____
                                                SENIOR DISTRICT JUDGE

2