BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RALPH A. VEGA,<br><br>                    Defendants. | CASE NO. 1:13-CR-00253-AWI<br><br>SEALING ORDER<br><br>DATE: November 30, 2015<br>TIME: 10:00 a.m.<br>COURT: Hon. Anthony W. Ishii |

The United States having applied to this Court for an order permitting it to file the government's brief regarding defendant's sentence calculation in this case, and order and good cause appearing therefore,

IT IS ORDERED, that the above-referenced documents shall be filed with this Court under <u>seal</u> and not be disclosed pending further order of this court.

IT IS SO ORDERED.

Dated:   November 3, 2015                    _____
                                                                    SENIOR DISTRICT JUDGE

SEALING ORDER                                                    1