1  MARC DAYS, #184098
   Days Law Firm
2  2300 Tulare Street, Suite 240
   Fresno, California  93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant
   RALPH VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00253-AWI |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| vs. | |
| RALPH VEGA, | DATE: December 7, 2015<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the hearing on Defendant's motion for early termination of supervised release in the above-captioned matter now scheduled for November 30, 2015, at 10:00 a.m., before Honorable Anthony W. Ishii, **be vacated and the matter continued to December 7, 2015, at 10:00 a.m., before the Hon. Anthony W. Ishii.**

The reason for the request is to provide the parties additional time to meet and confer and defense counsel's scheduling conflict.  Since Defendant is currently on supervised release, the Speed Trial Act is not applicable.

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated:  November 24, 2015            /s/ Kevin Rooney
                                     KEVIN ROONEY
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


Dated:  November 24, 2015            /s/ Marc Days
                                     MARC DAYS
                                     Attorney for Defendant
                                     RALPH VEGA


**O R D E R**

IT IS SO ORDERED.

Dated:   November 24, 2015           _____
                                     SENIOR  DISTRICT  JUDGE

Vega/Stipulation to Continue

2