Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No.:  0972 1:13CR00253-001 |
| Ralph Augustine Vega ) | |
| ) | |
| ) | |

On October 11, 1994, the above-named was sentenced to Supervised Release for a period of 5 years.  Supervision commenced on July 27, 2012.

The supervisee has complied with the rules and regulations of Supervised Release.

## ORDER OF COURT

After taking into consideration arguments from both counsel, it is ordered that Ralph Augustine Vega be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   January 4, 2016                                   _____
                                                                                  SENIOR  DISTRICT  JUDGE

1